**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | No.  3:02cv00205 GTE |
| | ) | |
| **PHILIP T. BAKER  and** | ) | |
| **VIRGINIA BAKER** | ) | |

**ORDER**

Upon motion of the plaintiff, United States of America, U. S. Department of Agriculture, Rural Development Agency, and for good cause shown,

IT IS ORDERED that the Judgment is hereby set aside.

IT IS FURTHER ORDERED that the case is dismissed without prejudice.

 June 20, 206                              /s/ Garnett Thomas Eisele                           
            Date                             UNITED STATES DISTRICT JUDGE